749 A.2d 786

**STATE of Maryland**

v.

**Adriene Ryan WEAR.**

**No. 121, Sept. Term, 1999.**

Court of Appeals of Maryland.

April 12, 2000.

Steven L. Holcomb, Assistant Attorney General, Baltimore, for Petitioner.

Charles Norman Shaffer, Greenbelt, for Respondent.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and HARRELL, JJ.

**418**

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 12th day of April, 2000,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, as having been improvidently granted.